**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 08, 2022.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:
    STEPHEN SETH TATOM                    CASE NO. 22-10607-TMD

    DEBTOR(S)                                CHAPTER 13

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN AND DISMISSING CASE

    Came on to be heard on December 6th, 2022, in Austin, Texas, the Confirmation Hearing for the above-referenced case at which, Caroline Neerman, attorney for Deborah B. Langehennig, Chapter 13 Trustee, appeared.

    The Court finds that confirmation of the Chapter 13 Plan filed September 19, 2022 is DENIED and this case DISMISSED.

    IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Confirmation of the Chapter 13 Plan filed on September 19, 2022 is DENIED.

IT IS FURTHER ORDERED that this Chapter 13 case be, and hereby is, DISMISSED.

IT IS FURTHER ORDERED that the Trustee be discharged and relieved of her trust and of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

###

Prepared by:

Deborah B. Langehennig, Ch. 13 Trustee
PO Box 91419
Austin, Texas 78709
(512) 912-0305
www.ch13austin.com