# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

**Bankruptcy Case No.:** 22–10607–tmd
**Chapter No.:** 13
**Judge:** Tony M. Davis

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stephen Seth Tatom
1500 Lawnmont Dr Apt 202
Round Rock, TX 78664–6674
**SSN/TAX ID:**
xxx–xx–2888

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **12/8/22**                              for Joint Debtor (if any) on **N/A**

Dated: 12/8/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]